IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, | |
|       Plaintiff, | 1:19cv0228 Erie |
| | LEAD CASE |
|       v. | |
| EVERYTHING KITCHENS LLC, | |
|       Defendant | |

| | |
|---|---|
| THOMAS KLAUS and | |
| RONALD KOLESAR, | |
|       Plaintiffs, | 1:19cv229 Erie |
| | CONSOLIDATED CASE |
|       v. | |
| COLORFAST INC., | |
|       Defendant. | |

| | |
|---|---|
| THOMAS KLAUS *and* RONALD C. KOLESAR, | |
|       Plaintiffs, | 1:19cv0234 Erie |
| | CONSOLIDATED CASE |
|       v. | |
| BRITAX CHILD SAFETY, INC., | |
|       Defendant. | |

| | |
|---|---|
| THOMAS KLAUS *and* RONALD C. KOLESAR, | |
| Plaintiffs, | 1:19cv0236 Erie<br>CONSOLIDATED CASE |
| v. | |
| DESIGN WITHIN REACH, INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:19cv0237 Erie<br>CONSOLIDATED CASE |
| v. | |
| COLLECTIBLES TODAY NETWORK, LTD, | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:19cv0241 Erie<br>CONSOLIDATED CASE |
| v. | |
| NABFLY, INC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:19cv0242 Erie<br>CONSOLIDATED CASE |
| v. | |
| FRAGRANCEX..COM INC., | |
| Defendant. | |

RONALD C. KOLESAR,

       Plaintiff,

              v.

PLOW & HEARTH, LLC,

       Defendant.

1:19cv0249 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

       Plaintiff,

              v.

LUXURY BRAND HOLDINGS, INC.,

       Defendant.

1:19cv0251 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

       Plaintiff,

              v.

THRIFT BOOKSS GLOBAL, LLC.,

       Defendant.

1:19cv0254 Erie
CONSOLIDATED CASE

---

ROBERT JAHODA,

       Plaintiff,

              v.

EVITAMINS, LLC.,

       Defendant.

19cv1014
CONSOLIDATED CASE

ROBERT JAHODA,

        Plaintiff,

           v.

PRETTYLITTLETHING.COM USA, INC.,
PRETTYLITTLETHING.COM LTD,

        Defendants.

19cv1034
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

           v.

ANGARA, INC.,

        Defendant.

19cv1043
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

           v.

YVES ROCHER (USA), INC.,

        Defendant.

19cv1050
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

           v.

BLACK DIAMOND EQUIPMENT, LTD.,

        Defendant.

19cv1062
CONSOLIDATED CASE

THOMAS KLAUS, ROBERT JAHODA,

   Plaintiffs,       19cv1064
                 CONSOLIDATED CASE
     v.

STOKKE, L.L.C.,

   Defendant.

---

ROBERT JAHODA,

   Plaintiff,        19cv1068
                 CONSOLIDATED CASE
     v.

NORMARK CORPORATION *doing business as* RAPALA USA,

   Defendant.

---

ROBERT JAHODA,

   Plaintiff,        19cv1082
                 CONSOLIDATED CASE
     v.

NORDIC WARE, INC.,

   Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

   Plaintiff,        19cv1084
                 CONSOLIDATED CASE
     v.

E&E CO., LTD,

   Defendant.

THOMAS KLAUS, ROBERT JAHODA,

       Plaintiffs,                19cv1903
                                          CONSOLIDATED CASE
               v.

BOP LLC,

       Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093, are hereby consolidated with Civil Action No. 19-228 Erie, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-228 Erie.

3. The Clerk of Court shall close Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093.

                                          **SO ORDERED** this 4th day of September, 2019.

                                          s/Arthur J. Schwab
                                          Arthur J. Schwab
                                          United States District Judge